**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1376**

TYRONE HURT,

              Plaintiff – Appellant,

       v.

D.C. METRO TRANSIT TRANSPORTATION; THE INTERNATIONAL
CRIMINAL COURT, 1946 Hague Germany; THE INTERNATIONAL PEACE
COURT, 1946 Hague Germany; CHIEFS OF POLICE, and all law
enforcement officials,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:15-cv-00468-F)

Submitted:  July 25, 2016              Decided:  August 2, 2016

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tyrone Hurt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hurt v. D.C. Metro Transit Transp., No. 5:15-cv-00468-F (E.D.N.C. Mar. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2